FILED

UNITED STATES DISTRICT COURT,
MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

2014 DEC -5 PM 1: 14

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

AKRAM ALKHATIB

    Plaintiff,

-vs-

MATTHEW BISHOP

    Defendant.

_____/

CASE NO.

6:14-CV-2011-ORL-37-DAB

## COMPLAINT

COMES NOW the Plaintiff, AKRAM ALKHATIB, by and through his undersigned attorneys, and sues the Defendant, MATTHEW BISHOP and as grounds therefore would show:

1. This is an action for damages greater than $75,000.00 arising in Orange County, Florida.

2. On or about August 29, 2014, MATTHEW BISHOP, while acting under the color of law as an Orange County Sheriff's Deputy, arrested AKRAM ALKHATIB for Driving While Under the Influence at 6752 Conroy Road, Orlando in Orange County, Florida.

3. Prior to the arrest, AKRAM ALKHATIB was driving a short distance from a friend's home to his own home.

4. MATTHEW BISHOP pulled AKRAM ALKHATIB over after he allegedly observed him drifting from one side to the other within the lane he was driving.

5. AKRAM ALKHATIB informed MATTHEW BISHOP during the roadside stop that he was full and tired after a gathering with friends and that as a Muslim he did not drink alcohol.

6. Defendant MATTHEW BISHOP violated the Plaintiff's civil rights pursuant to

42 U.S.C. § 1983 as follows:

      a.    By falsely arresting the Plaintiff for Driving While Under the Influence with no arguable probable cause; and

      b.    By unlawfully detaining the Plaintiff.

7.    The above actions by Defendant, MATTHEW BISHOP, violate a clearly established law of which a reasonable officer would have known.

8.    As a direct and proximate result of the arrest by MATTHEW BISHOP of AKRAM ALKHATIB, ALKHATIB suffered humiliation, embarrassment, mental anguish, loss of capacity for the enjoyment of life, and he has lost earnings and his ability to earn money has been impaired. His losses are either permanent or continuing in nature and Plaintiff will suffer these losses in the future.

WHEREFORE, the Plaintiff, AKRAM ALKHATIB requests that this Court enter judgment against MATTHEW BISHOP for damages, costs and attorneys' fees pursuant to 42 U.S.C. § 1988 and other such relief as this Plaintiff may request. The Plaintiff further requests a trial by jury.

Dated this 5 day of December, 2014.

DELLECKER WILSON KING MCKENNA
RUFFIER & SOS
A Limited Liability Partnership

BY: _____
William E. Ruffier
Florida Bar No. 0603872
719 VASSAR STREET
ORLANDO, FL 32804-4920
(407) 244-3000
Attorney for Plaintiff
WEReservice@dwklaw.com